IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE A. BARDAHL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:19-cv-06103 |
| v. | ) | |
| | ) | Judge Mary M. Rowland |
| WALGREEN CO., an Illinois corporation, | ) | Magistrate Judge Sunil R. Harjani |
| | ) | |
| Defendant. | ) | |

To:   See Certificate of Service

**NOTICE OF UNOPPOSED MOTION**

PLEASE TAKE NOTICE that on Wednesday, February 19, 2020, at 9:45 a.m., we shall appear before the Honorable Judge Sunil R. Harjani, or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1858 at the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois 60604, and shall then and there present *Defendant's Unopposed Motion for Extension of Discovery Deadlines,* a copy of which is served upon you.

Dated:  February 13, 2020

                                                  /s/ Patrick M. DePoy
                                                  One of the Attorneys for Defendant,
                                                  CBS Corporation Inc.

William J. Wortel
Patrick M. DePoy
Bryan Cave Leighton Paisner LLP
161 North Clark Street
Suite 4300
Chicago, Illinois 60601
(312) 602-5000 (telephone)
(312) 602-5050 (facsimile)
bill.wortel@bclplaw.com
patrick.depoy@bclplaw.com

601648970

**CERTIFICATE OF SERVICE**

I, Patrick M. DePoy, an attorney, certify that I caused a copy of the foregoing *NOTICE OF UNOPPOSED MOTION* to be served upon Plaintiff's counsel via the Court's electronic filing system, on this 13th day of February, 2020:

>George F. LaForte, Jr.
>Bishop & LaForte, LTD.
>1S450 Summit Ave.
>Suite 325
>Oakbrook Terrace, IL  60181
>glafortejr@bishoplaforte.com

/s/ Patrick M. DePoy
Patrick M. DePoy